Frances A. Smith
Texas State Bar No. 24033084
Steven J. Pawlowski
State Bar No. 00797226
SHACKELFORD MELTON, MCKINLEY & NORTON, LLP
3333 Lee Parkway, 10th Floor
Dallas, Texas 75219
(214) 780-1400
(214) 780-1401 Fax
Email: fsmith@shackelfordlaw.net
Email: spawlowski@shackelfordlaw.net
**COUNSEL FOR C.O.D. CAPITAL CORP.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DARREN S. FISHMAN,** | § | **CASE NO. 14-33246-hdh-7** |
| | § | |
| **Debtor** | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the following Motion has been set for hearing on

**Wednesday, March 25, 2015 at 1:30 P.M.**, in Judge Harlin D. Hale's courtroom located at 1100

Commerce Street, Courtroom #3, Dallas, Texas, 75242:

1. C.O.D. Capital Corp.'s Motion for Order Granting Relief From Automatic Stay [Dkt. 42] .

Dated: March 6, 2015.

       */s/ Frances A. Smith*
Frances A. Smith
Texas State Bar No. 24033084
Steven J. Pawlowski
State Bar No. 00797226
SHACKELFORD MELTON MCKINLEY
 & NORTON, LLP
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
Telephone: 214.780.1400
Facsimile: 214.780.1401
Email: fsmith@shackelfordlaw.net
Email: spawlowski@shackeldordlaw.net

**NOTICE OF HEARING – PAGE 1**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing was served upon the following by first-class United States mail or email (where indicated) and by the Court's ECF noticing system upon those parties who have requested and agreed to electronic notification on March 6, 2015.

*/s/ Frances A. Smith*
Frances A. Smith

**Debtor:**
Darren S. Fishman
5807 Still Forest Drive
Dallas, TX 75252
**Served via U.S. Mail**

**Debtor's Counsel:**
Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251
972-503-7070 (telephone)
Email: susan@susanbhershpc.com
**Served via ECF**

**Trustee:**
Robert Milbank, Jr.
Law Office of Robert Milbank, Jr.
900 Jackson Street, Suite 560
Dallas, TX 75202
214-880-8771 (telephone)
Email: rob@milbanklaw.com
**Served via ECF**

**U.S. Trustee's Office:**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242
214-767-8967 (telephone)
**Served via U.S. Mail**

**Secured Creditors:**
COD Friendly
2050 Stemmons, Suite 133
Mail Unit 216
Dallas, TX 75207
**Served via U.S. Mail**

**Notice Parties:**
Sao Paulo Sales B.V.
c/o Scheef & Stone, LLP
Attn: Patrick J. Schurr
2601 Network Blvd.
Suite 102
Frisco, TX 75034
214-472-2100 (Telephone)
214-472-2150 (Facsimile)
Email:
**Served via ECF**

JPMorgan Chase Bank, N.A.
c/o Vincent Lopez Serafino Jenevein, P.C.
Attn: Richard G. Dafoe
1601 Elm Street, Suite 4100
Dallas, TX 75201
214-979-7427 (Telephone)
214-979-7402 (Facsimile)
Email: rdafoe@violaw.com
**Served via ECF**

Jason M. Rudd
Diamond McCarthy, LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, TX 77010
Email: jrudd@diamondmccarthy.com
**Served via ECF**

**NOTICE OF HEARING – PAGE 2**