Frances A. Smith
Texas State Bar No. 24033084
Steven J. Pawlowski
State Bar No. 00797226
SHACKELFORD MELTON, MCKINLEY & NORTON, LLP
3333 Lee Parkway, 10th Floor
Dallas, Texas  75219
(214) 780-1400
(214) 780-1401 Fax
Email:  fsmith@shackelfordlaw.net
Email:  spawlowski@shackelfordlaw.net
**COUNSEL FOR C.O.D. CAPITAL CORP.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DARREN S. FISHMAN,** | § | **CASE NO. 14-33246-hdh-7** |
| | § | |
| **Debtor** | § | |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 8 FILED BY C.O.D. CAPITAL CORP.

Now comes C.O.D. Capital Corp. f/k/a C.O.D. Friendly, Inc. ("C.O.D."), a secured creditor herein, and notifies the Court and all other parties that it is withdrawing Proof of Claim No. 8 (the "Claim") in this case.  C.O.D. filed its Claim on or about February 11, 2015, in the amount of $263,959.80, which is designated as claim number 8 on the claims register.  Pursuant to the Court's *Order* [Dkt. 44] approving the *Trustee's Motion to Sell Property of the Estate* [Dkt. 29], and the Court's *Order Granting C.O.D. Capital Corp.'s Motion for Order Granting Relief from Automatic Stay* [Dkt. 45], respectively, C.O.D. has exercised its rights under its shareholder agreement and has entered an agreement with the Trustee for the purchase of the 25,000 shares of voting stock and C.O.D. has exercised its rights under its loan documents and state law and has foreclosed upon the 50,000 shares of non-voting stock that constituted the collateral for that certain Secured Promissory Note that was the basis for Proof of Claim No. 8.  Therefore, C.O.D. hereby withdraws Claim No. 8.

Dated: July 21, 2015.

    */s/ Frances A. Smith*
Frances A. Smith
Texas State Bar No. 24033084
Steven J. Pawlowski
State Bar No. 00797226
SHACKELFORD MELTON MCKINLEY
 & NORTON, LLP
3333 Lee Parkway, Tenth Floor
Dallas, Texas  75219
Telephone: 214.780.1400
Facsimile: 214.780.1401
Email: fsmith@shackelfordlaw.net
Email: spawlowski@shackeldordlaw.net

**COUNSEL FOR C.O.D. CAPITAL CORP.**

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Notice was served upon the following by first-class United States mail or email (where indicated) and by the Court's ECF noticing system upon those parties who have requested and agreed to electronic notification on July 21, 2015.

                               /s/ *Frances A. Smith*
                                Frances A. Smith

**Debtor:**
Darren S. Fishman
5807 Still Forest Drive
Dallas, TX 75252
**Served via U.S. Mail**

**Debtor's Counsel:**
Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251
972-503-7070 (telephone)
Email: susan@susanbhershpc.com
**Served via ECF**

**Trustee:**
Robert Milbank, Jr.
Law Office of Robert Milbank, Jr.
900 Jackson Street, Suite 560
Dallas, TX 75202
214-880-8771 (telephone)
Email: rob@milbanklaw.com
**Served via ECF**

**U.S. Trustee's Office:**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242
214-767-8967 (telephone)
**Served via U.S. Mail**

**Secured Creditors:**
COD Friendly
2050 Stemmons, Suite 133
Mail Unit 216
Dallas, TX 75207
**Served via U.S. Mail**

**Notice Parties:**
Sao Paulo Sales B.V.
c/o Scheef & Stone, LLP
Attn: Patrick J. Schurr
2601 Network Blvd.
Suite 102
Frisco, TX 75034
214-472-2100 (Telephone)
214-472-2150 (Facsimile)
Email:
**Served via ECF**

JPMorgan Chase Bank, N.A.
c/o Vincent Lopez Serafino Jenevein, P.C.
Attn: Richard G. Dafoe
1601 Elm Street, Suite 4100
Dallas, TX 75201
214-979-7427 (Telephone)
214-979-7402 (Facsimile)
Email: rdafoe@violaw.com
**Served via ECF**

Jason M. Rudd
Diamond McCarthy, LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, TX 77010
Email: jrudd@diamondmccarthy.com
**Served via ECF**