Robert Milbank, Jr., Trustee  
900 Jackson, Ste. 560  
Dallas, TX   75202  
214-880-8771

UNITED STATES BANKRUPTCY COURT  
NORTHERN  DISTRICT OF  TEXAS  
DALLAS  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FISHMAN, DARREN S. | § | Case No. 14-33246 |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/02/2014 .  The undersigned trustee was appointed on 07/02/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 15,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,443.86 |
| Bank service fees | 346.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 10,209.98 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/11/2015 and the deadline for filing governmental claims was 05/11/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,983.50 , for total expenses of $ 1,983.50 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/01/2017          By: /s/ROBERT MILBANK, JR., TRUSTEE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 14-33246 | HDH | Judge: HARLIN D. HALE | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Case Name: | FISHMAN, DARREN S. | | | Date Filed (f) or Converted (c): | 07/02/14 (f) |
| | | | | 341(a) Meeting Date: | 08/05/14 |
| For Period Ending: | 03/01/17 | | | Claims Bar Date: | 02/11/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 5807 Still Forest Drive, Dallas TX 75252 | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America savings account (not used since ga | 20.00 | 0.00 | | 0.00 | FA |
| 4. wifes's Bank of America Checking ($200) and Saving | 250.00 | 0.00 | | 0.00 | FA |
| 5. wife's Schwab brokerage account | 325.00 | 0.00 | | 0.00 | FA |
| 6. household furniture and furnishings, personal item | 6,500.00 | 0.00 | | 0.00 | FA |
| 7. books, music, collectibles, household decorative i | 1,800.00 | 0.00 | | 0.00 | FA |
| 8. clothing and accessories (for family of 4) | 6,000.00 | 0.00 | | 0.00 | FA |
| 9. wedding items, miscellaneous costume items, watche | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. hobby and sports equipment, miscellaneous leisure | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Life Insurance (Term) Face $1,500,000 Met Life | 1.00 | 0.00 | | 0.00 | FA |
| 12. wife's term policy Met Life (500K) | 1.00 | 0.00 | | 0.00 | FA |
| 13. wife's annuity (United Teachers Insurance Associat | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. wife's retirement account 403B | 80,000.00 | 0.00 | | 0.00 | FA |
| 15. 50% interest in 2445 Group GP, LLC. (only asset is | Unknown | 0.00 | | 0.00 | FA |
| 16. invested in Indoor Direct, Inc. (media company) in | Unknown | 0.00 | | 0.00 | FA |
| 17. shares in COD Friendly, 50,000 shares (purchase pr | Unknown | 15,000.00 | | 15,000.00 | FA |
| 18. 33% limited partner interest in 2445 Group, Ltd. ( | Unknown | 0.00 | | 0.00 | FA |
| 19. account receivable from 2445 Group, Ltd. for compe | Unknown | 0.00 | | 0.00 | FA |
| 20. note payable of $15,000 from Darren Fishman Family | Unknown | 0.00 | | 0.00 | FA |
| 21. 2009 Saturn Aura (son drives car) | 8,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $551,447.00      $15,000.00      $15,000.00      $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-33246   HDH   Judge: HARLIN D. HALE | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Case Name: | FISHMAN, DARREN S. | Date Filed (f) or Converted (c): | 07/02/14 (f) |
| | | 341(a) Meeting Date: | 08/05/14 |
| | | Claims Bar Date: | 02/11/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ARE LIQUIDATED. TAX RETURNS ARE FILED AND APPROVED.  ALL CLAIMS HAVE BEEN RESOLVED.

Initial Projected Date of Final Report (TFR): 06/30/15          Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-33246 -HDH | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | FISHMAN, DARREN S. | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******1539 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1026 | | |
| For Period Ending: | 03/01/17 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/15 | 17 | C.O.D. CAPITAL CORP. | Sale of COD Friendly Stock | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,990.00 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.92 | 14,974.08 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.39 | 14,958.69 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.88 | 14,942.81 |
| 07/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.35 | 14,927.46 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.85 | 14,911.61 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.83 | 14,895.78 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.31 | 14,880.47 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.80 | 14,864.67 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.27 | 14,849.40 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.77 | 14,833.63 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.75 | 14,817.88 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.72 | 14,803.16 |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.72 | 14,787.44 |
| 05/06/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.20 | 14,772.24 |
| 06/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.69 | 14,756.55 |
| 07/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.16 | 14,741.39 |
| 08/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.65 | 14,725.74 |
| 09/06/16 | 010001 | PAMELA ELOWITZ , CPA<br>4528 OLD POND ROAD.<br>PLANO, TX 75024 | Per 8/29/16 Order | 3410-000 | | 725.00 | 14,000.74 |
| 09/06/16 | 010002 | PAMELA ELOWITZ , CPA<br>4528 OLD POND ROAD.<br>PLANO, TX 75024 | Per 8/29/16 Order | 3420-000 | | 84.00 | 13,916.74 |
| 09/06/16 | 010003 | ROBERT MILBANK, JR., ATTY<br>900 JACKSON ST., STE, 560<br>DALLAS, TX 75202 | Per 8/29/16 Order | 3110-000 | | 3,500.00 | 10,416.74 |

Page Subtotals   15,000.00   4,583.26

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 19.07

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-33246 -HDH | | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
|---|---|---|---|---|
| Case Name: | FISHMAN, DARREN S. | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******1539 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1026 | | | |
| For Period Ending: | 03/01/17 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/06/16 | 010004 | ROBERT MILBANK, JR., ATTY<br>900 JACKSON ST., STE, 560<br>DALLAS, TX 75202 | Per 8/29/16 Order | 3120-000 | | 134.86 | 10,281.88 |
| 09/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 15.64 | 10,266.24 |
| 10/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 12.38 | 10,253.86 |
| 11/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 11.64 | 10,242.22 |
| 12/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.53 | 10,231.69 |
| 01/09/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.86 | 10,220.83 |
| 02/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.85 | 10,209.98 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,000.00 | 4,790.02 | 10,209.98 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 4,790.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 4,790.02 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********1539 | 15,000.00 | 4,790.02 | 10,209.98 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,000.00 | 4,790.02 | 10,209.98 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    206.76

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 06, 2017 |
|---|---|---|---|---|---|---|

Case Number:   14-33246  
Debtor Name:   FISHMAN, DARREN S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008A 050 4210-00 | C.O.D. Capital Corp f/k/a C.O.D. Friendly, Inc.<br>c/o Frances A. Smith<br>9201 North Central Expw. Fourth Floor<br>Dallas, TX 75231 | Secured | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| 001 3410-00 | PAMELA ELOWITZ , CPA<br>4528 OLD POND ROAD.<br>PLANO, TX  75024 | Administrative | | $725.00 | $725.00 | $0.00 |
| 001 3310-00 | PAMELA ELOWITZ , CPA<br>4528 OLD POND ROAD.<br>PLANO, TX  75024 | Administrative | | $84.00 | $84.00 | $0.00 |
| 001 3110-00 | ROBERT MILBANK, JR., ATTY<br>900 JACKSON ST., STE, 560<br>DALLAS, TX  75202 | Administrative | | $3,500.00 | $3,500.00 | $0.00 |
| 001 3120-00 | ROBERT MILBANK, JR., ATTY<br>900 JACKSON ST., STE, 560<br>DALLAS, TX  75202 | Administrative | | $134.86 | $134.86 | $0.00 |
| | Subtotal for Class Administrative | | | $4,443.86 | $4,443.86 | $0.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,774.53 | $0.00 | $5,774.53 |
| 000002 070 7100-00 | Sao Paulo Sales BV<br>CO Patrick Schurr<br>Scheef & Stone<br>500 N Akard St No. 2700,<br>Dallas, TX 75201 | Unsecured | | $701,225.96 | $0.00 | $701,225.96 |
| 000003 070 7100-00 | CACH, LLC<br>4340 S. MONACO STREET<br>2ND FLOOR<br>DENVER, CO 80237 | Unsecured | | $36,599.00 | $0.00 | $36,599.00 |
| 000004 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $6,300.77 | $0.00 | $6,300.77 |
| 000005 070 7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,005.34 | $0.00 | $1,005.34 |
| 000006 070 7100-00 | Key Star Capital Fund, L.P.<br>P.O. Box 1068<br>Stafford, TX  77497-1068 | Unsecured | | $106,316.86 | $0.00 | $106,316.86 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 06, 2017 |

Case Number:   14-33246  
Debtor Name:   FISHMAN, DARREN S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Martin Fishman 4843 Stony Ford Drive Dallas, TX 75287 | Unsecured | | $82,500.00 | $0.00 | $82,500.00 |
| | Subtotal for Class Unsecured | | | $939,722.46 | $0.00 | $939,722.46 |
| | Case Totals: | | | $944,166.32 | $4,443.86 | $939,722.46 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-33246
Case Name: FISHMAN, DARREN S.
Trustee Name: ROBERT MILBANK, JR., TRUSTEE

| | Balance on hand | | | | $ | 10,209.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008A | C.O.D. Capital Corp f/k/a C.O.D. | $ 5,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 10,209.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT MILBANK, JR., TRUSTEE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: ROBERT MILBANK, JR., TRUSTEE | $ 1,983.50 | $ 0.00 | $ 1,983.50 |
| Attorney for Trustee Fees: ROBERT MILBANK, JR., ATTY | $ 3,500.00 | $ 3,500.00 | $ 0.00 |
| Attorney for Trustee Expenses: ROBERT MILBANK, JR., ATTY | $ 134.86 | $ 134.86 | $ 0.00 |
| Accountant for Trustee Fees: PAMELA ELOWITZ, CPA | $ 725.00 | $ 725.00 | $ 0.00 |
| Other: PAMELA ELOWITZ, CPA | $ 84.00 | $ 84.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 4,233.50 |
| Remaining Balance | $ 5,976.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 939,722.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,774.53 | $ 0.00 | $ 36.73 |
| 000002 | Sao Paulo Sales BV | $ 701,225.96 | $ 0.00 | $ 4,459.68 |
| 000003 | CACH, LLC | $ 36,599.00 | $ 0.00 | $ 232.76 |
| 000004 | Capital One Bank (USA), N.A. | $ 6,300.77 | $ 0.00 | $ 40.07 |
| 000005 | Quantum3 Group LLC as agent for | $ 1,005.34 | $ 0.00 | $ 6.39 |
| 000006 | Key Star Capital Fund, L.P. | $ 106,316.86 | $ 0.00 | $ 676.16 |
| 000007 | Martin Fishman | $ 82,500.00 | $ 0.00 | $ 524.69 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,976.48 |

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE